CO. FILE DEPT. CLOCK NUMBER 055
3A& 001941 500 0000064584 1

HOME FOOD SERVICES OF PA
2094 FARRAGUT AVENUE
BRISTOL, PA 19007
(215) 788-3337

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 1
   State: N/A

# Earnings Statement

**ADP**®

Period Ending: 07/21/2007
Pay Date: 07/27/2007

**CHRISTOPHER J. CALLAHAN**
**1937 BEECH LANE**
**BENSALEM , PA 19020**

Social Security Number: XXX-XX-6826

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 32.00 | 320.00 | 715.00 |
| Gross Pay | | | $320.00 | 715.00 |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Social Security Tax | | -19.84 | 44.33 |
| | Medicare Tax | | -4.64 | 10.37 |
| | PA State Income Tax | | -9.82 | 21.95 |
| | PA SUI/SDI Tax | | -0.28 | 0.64 |
| | **Other** | | | |
| | Occupation Tax | | -10.00 | |
| | Loan | | | 145.00 |
| | Net Pay | | $275.42 | |

Your federal taxable wages this period are $320.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Loan | | 145.00 |
| Title | | TELE MKT |

©1999, 2006. ADP, Inc. All Rights Reserved.

TEAR HERE

© 1997 ADP, Inc.

Robin Callahan

Net Pay:                    $1,415.16

**Company:**
GMAC Mortgage LLC

Pay Begin Date:         07/02/2007
Pay End Date:           07/15/2007
Check Date:              07/13/2007

**Address:**
100 Witmer Road
Horsham, PA 19044

View a Different Payment

### General

| Name: | Robin Callahan | Business Unit: | NLADM |
|---|---|---|---|
| Employee ID: | 303742 | Pay Group: | 001 Salaried |
| Address: | 1937 Beech Lane Bensalem, PA 19020 | Department: | SVC060 - Bankruptcy |
| | | Location: | Horsham PA (Keith Valley) |
| | | Pay Rate: | $51,895.48    Annual |

### Tax Data

| Fed Marital Status: | Married | PA Marital Status: | Not applicable |
|---|---|---|---|
| Fed Allowances: | 1 | PA Allowances: | 0 |
| Fed Addl Percent: | 0.000 | PA Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | PA Addl Amount: | $0.00 |

7/13/07

## Paycheck Summary

|         | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---------|---------------|-------------------|-------------|------------------|---------|
| Current | 1,995.98      | 1,815.66          | 391.28      | 189.54           | 1,415.16 |

## Earnings

| Description | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Regular     |       |      | 1,995.98 |
| Total:      |       |      | 1,995.98 |

## Taxes

| Description          | Amount |
|----------------------|--------|
| Fed Withholdng       | 176.76 |
| Fed MED/EE           | 26.33  |
| Fed OASDI/EE         | 112.57 |
| PA Unempl EE         | 1.80   |
| PA Withholdng        | 55.68  |
| PA HORSHAM Withholdng| 18.14  |
| Total:               | 391.28 |

## Before-Tax Deductions

| Description | Amount |
|-------------|--------|
| BCBS PPO    | 151.50 |
| Delta - MN  | 17.92  |
| Spectera    | 2.44   |
| FSA Hlth    | 10.44  |
| Total:      | 182.30 |

## After Tax Deductions

| Description | Amount |
|-------------|--------|
| Child Life  | 0.35   |
| Emp Life    | 0.70   |
| Sps Life    | 1.40   |
| 401k Loan   | 4.79   |
| Total:      | 7.24   |

## Employer Paid Benefits

| Description | Amount |
|-------------|--------|
| BCBS PPO    | 352.84 |
| Delta - MN  | 41.81  |
| Hlth Adv    | 0.55   |
| EE Assist   | 0.64   |
| Basic Life  | 3.74   |
| Basic Life* | 1.98   |
| LTD         | 5.59   |
| * Taxable   |        |
| Total:      | 407.15 |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 549009 | Savings | 5992956010 | 105.00 |
| Direct Deposit | 549009 | Savings | 42805698 | 50.00 |
| Direct Deposit | 549009 | Savings | 55564584 | 10.00 |
| Direct Deposit | 549009 | Savings | 55564623 | 10.00 |
| Direct Deposit | 549009 | Checking | 365435791 | 1,240.16 |
| Total: | | | | 1,415.16 |

## View Paycheck

Robin Callahan

Company:
GMAC Mortgage LLC

Address:
100 Witmer Road

Horsham, PA 19044

Net Pay:
$1,551.21

Pay Begin Date: 06/18/2007

Pay End Date: 07/01/2007

Check Date: 06/29/2007

View a Different Payment

## General

| | | | |
|---|---|---|---|
| Name: | Robin Callahan | Business Unit: | NLADM |
| Employee ID: | 303742 | Pay Group: | 001 Salaried |
| Address: | 1937 Beech Lane<br>Bensalem, PA 19020 | Department: | SVC060 - Bankruptcy |
| | | Location: | Horsham PA (Keith Valley) |
| | | Pay Rate: | $51,895.48    Annual |

## Tax Data

| | | | |
|---|---|---|---|
| Fed Marital Status: | Married | PA Marital Status: | Not applicable |
| Fed Allowances: | 1 | PA Allowances: | 0 |
| Fed Addl Percent: | 0.000 | PA Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | PA Addl Amount: | $0.00 |

## Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,995.98 | 1,997.96 | 439.98 | 4.79 | 1,551.21 |

| Earnings | | | |
|---|---|---|---|
| Description | Hours | Rate | Amount |
| Regular | | | 1,995.98 |
| | | | |
| | | | |
| | | | |
| **Total:** | | | **1,995.98** |

| Taxes | |
|---|---|
| Description | Amount |
| Fed Withholdng | 204.11 |
| Fed MED/EE | 28.97 |
| Fed OASDI/EE | 123.87 |
| PA Unempl EE | 1.79 |
| PA Withholdng | 61.28 |
| PA HORSHAM Withholdng | 19.96 |
| **Total:** | **439.98** |

| Before-Tax Deductions | |
|---|---|
| Description | Amount |
| | |
| **Total:** | |



| After Tax Deductions | |
|---|---|
| Description | Amount |
| 401k Loan | 4.79 |
| | |
| | |
| **Total:** | **4.79** |

| Employer Paid Benefits | |
|---|---|
| Description | Amount |
| EE Assist | 0.64 |
| Basic Life | 3.74 |
| Basic Life* | 1.98 |
| LTD | 5.59 |
| * Taxable | |
| **Total:** | **11.95** |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 543431 | Savings | 5992956010 | 105.00 |
| Direct Deposit | 543431 | Savings | 42805698 | 50.00 |
| Direct Deposit | 543431 | Savings | 55564584 | 10.00 |
| Direct Deposit | 543431 | Savings | 55564623 | 10.00 |
| Direct Deposit | 543431 | Checking | 365435791 | 1,376.21 |
| Total: | | | | 1,551.21 |

## View Paycheck

Robin Callahan

Company:
GMAC Mortgage LLC
100 Witmer Road
Horsham, PA 19044

Net Pay:           $1,319.61

Pay Begin Date:    06/04/2007
Pay End Date:      06/17/2007
Check Date:        06/15/2007

View a Different Payment

**General**

| | | | |
|---|---|---|---|
| Name: | Robin Callahan | Business Unit: | NLADM |
| Employee ID: | 303742 | Pay Group: | 001 Salaried |
| Address: | 1937 Beech Lane | Department: | SVC060 - Bankruptcy |
| | Bensalem, PA 19020 | Location: | Horsham PA (Keith Valley) |

| Pay Rate: | $48,500.40 | Annual |
|-----------|------------|--------|

**Tax Data**

| | | | | |
|---|---|---|---|---|
| | Married | | | |
| Fed Marital Status: | | PA Marital Status: | Not applicable | |
| Fed Allowances: | 1 | PA Allowances: | 0 | |
| Fed Addl Percent: | 0.000 | PA Addl Percent: | 0.000 | |
| Fed Addl Amount: | $0.00 | PA Addl Amount: | $0.00 | |

**Paycheck Summary**

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,865.40 | 1,684.84 | 356.25 | 169.54 | 1,319.61 |

**Earnings**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | | | 1,865.40 |
| | | | |
| | | | |
| | | | |
| | | | |
| Total: | | | 1,865.40 |

**Taxes**

| Description | Amount |
|---|---|
| Fed Withholdng | 157.18 |
| Fed MED/EE | 24.43 |
| Fed OASDI/EE | 104.46 |
| PA Unempl EE | 1.68 |
| PA Withholdng | 51.67 |
| PA HORSHAM Withholdng | 16.83 |
| Total: | 356.25 |

**Before-Tax Deductions**

| Description | Amount |
|---|---|
| BCBS PPO | 151.50 |
| Delta - MN | 17.92 |
| Spectera | 2.44 |
| FSA Hlth | 10.44 |
| Total: | 182.30 |

**After Tax Deductions**

| Description | Amount |
|---|---|
| Child Life | 0.35 |
| Emp Life | 0.70 |
| Sps Life | 1.40 |
| 401k Loan | 4.79 |
| Total: | 7.24 |

**Employer Paid Benefits**

| Description |
|---|
| BCBS PPO |
| Delta - MN |
| Hlth Adv |
| EE Assist |
| Basic Life |
| Basic Life* |
| LTD |
| * Taxable |
| Total: |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 538237 | Savings | 5992956010 | 105.00 |
| Direct Deposit | 538237 | Savings | 42805698 | 50.00 |
| Direct Deposit | 538237 | Savings | 55564584 | 10.00 |
| Direct Deposit | 538237 | Savings | 55564623 | 10.00 |
| Direct Deposit | 538237 | Checking | 365435791 | 1,144.61 |
| Total: | | | | 1,319.61 |

## View Paycheck

Robin Callahan

**Company:**
GMAC Mortgage LLC

**Address:**
100 Witmer Road
Horsham, PA 19044

Net Pay:            $1,319.61

Pay Begin    05/21/2007
Date:
Pay End Date: 06/03/2007

Check Date:   06/01/2007

View a Different Payment

## General

| | | | |
|---|---|---|---|
| Name: | Robin Callahan | Business Unit: | NLADM |
| Employee ID: | 303742 | Pay Group: | 001 Salaried |
| Address: | 1937 Beech Lane<br>Bensalem, PA 19020 | Department: | SVC060 - Bankruptcy |
| | | Location: | Horsham PA (Keith Valley) |
| | | Pay Rate: | $48,500.40     Annual |

New Window | Help | Customize Page

# View Paycheck

Robin Callahan

**Net Pay:**                 $1,415.17

Company:
GMAC Mortgage LLC

**Pay Begin Date:**          07/16/2007

Address:
100 Witmer Road

**Pay End Date:**  07/29/2007

Horsham, PA 19044

**Check Date:**   07/27/2007

View a Different Payment

| General | | | |
|---|---|---|---|
| Name: | Robin Callahan | Business Unit: | NLADM |
| Employee ID: | 303742 | Pay Group: | 001 Salaried |
| Address: | 1937 Beech Lane Bensalem, PA 19020 | Department: | SVC060 - Bankruptcy |
| | | Location: | Horsham PA (Keith Valley) |
| | | Pay Rate: | $51,895.48      Annual |

## Tax Data

| | | | |
|---|---|---|---|
| | Married | | |
| Fed Marital Status: | | PA Marital Status: | Not applicable |
| Fed Allowances: | 1 | PA Allowances: | 0 |
| Fed Addl Percent: | 0.000 | PA Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | PA Addl Amount: | $0.00 |

## Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,995.98 | 1,815.66 | 391.27 | 189.54 | 1,415.17 |
| YTD | 28,372.74 | 25,810.62 | 5,502.07 | 2,695.09 | 20,175.58 |

## Earnings

| Description | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|
| Regular | | | 1,995.98 | 28,372.74 |
| Total: | | | 1,995.98 | 28,372.74 |

## Taxes

| Description | Amount | YTD Amount |
|---|---|---|
| Fed Withholdng | 176.76 | 2,438.26 |
| Fed MED/EE | 26.32 | 374.79 |
| Fed OASDI/EE | 112.57 | 1,602.57 |
| PA Unempl EE | 1.80 | 25.54 |
| PA Withholdng | 55.68 | 792.70 |
| PA HORSHAM Withholdng | 18.14 | 258.21 |
| PA HORSHAM EMS Tax | | 10.00 |
| Total: | 391.27 | 5,502.07 |

**Before-Tax Deductions**

| Description | Amount | YTD Amount |
|---|---|---|
| BCBS PPO | 151.50 | 2,121.00 |
| Delta - MN | 17.92 | 250.88 |
| Spectera | 2.44 | 34.16 |
| 401(K) | | 37.30 |
| FSA Hlth | 10.44 | 145.60 |
| **Total:** | **182.30** | **2,588.94** |

**After Tax Deductions**

| Description | Amount | YTD Amount |
|---|---|---|
| Child Life | 0.35 | 4.90 |
| Emp Life | 0.70 | 9.80 |
| Sps Life | 1.40 | 19.60 |
| 401k Loan | 4.79 | 71.85 |
| **Total:** | **7.24** | **106.15** |

**Employer Paid Benefits**

| Description | Amount | YTD Amount |
|---|---|---|
| BCBS PPO | 352.84 | 4,939.76 |
| Delta - MN | 41.81 | 585.34 |
| Hlth Adv | 0.55 | 7.70 |
| EE Assist | 0.64 | 9.60 |
| Basic Life | 3.74 | 53.10 |
| Basic Life* | 1.98 | 26.82 |
| LTD | 5.59 | 79.41 |
| 401(K) | | 37.30 |
| * Taxable | | |
| **Total:** | **407.15** | **5,739.03** |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 554590 | Savings | 5992956010 | 105.00 |
| Direct Deposit | 554590 | Savings | 42805698 | 50.00 |
| Direct Deposit | 554590 | Savings | 55564584 | 10.00 |
| Direct Deposit | 554590 | Savings | 55564623 | 10.00 |
| Direct Deposit | 554590 | Checking | 365435791 | 1,240.17 |
| **Total:** | | | | **1,415.17** |

Go To:   Employee Home

# View Paycheck

Robin Callahan

**Company:**
GMAC Mortgage LLC

**Address:**
100 Witmer Road
Horsham, PA 19044

Net Pay:

$1,415.16

Pay Begin Date: 07/02/2007
Pay End Date: 07/15/2007
Check Date: 07/13/2007

<u>View a Different Payment</u>

## General

| | | | |
|---|---|---|---|
| Name: | Robin Callahan | Business Unit: | NLADM |
| Employee ID: | 303742 | Pay Group: | 001 Salaried |
| Address: | 1937 Beech Lane | Department: | SVC060 - Bankruptcy |
| | Bensalem, PA 19020 | Location: | Horsham PA (Keith Valley) |
| | | Pay Rate: | $51,895.48    Annual |

## Tax Data

| | | | |
|---|---|---|---|
| Fed Marital Status: | Married | PA Marital Status: | Not applicable |
| Fed Allowances: | 1 | PA Allowances: | 0 |
| Fed Addl Percent: | 0.000 | PA Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | PA Addl Amount: | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,995.98 | 1,815.66 | 391.28 | 189.54 | 1,415.16 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | | | 1,995.98 |
| Total: | | | 1,995.98 |

### Taxes

| Description | Amount |
|---|---|
| Fed Withholding | 176.76 |
| Fed MED/EE | 26.33 |
| Fed OASDI/EE | 112.57 |
| PA Unempl EE | 1.80 |
| PA Withholding | 55.68 |
| PA HORSHAM Withholding | 18.14 |
| Total: | 391.28 |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| BCBS PPO | 151.50 |
| Delta - MN | 17.92 |
| Spectera | 2.44 |
| FSA Hlth | 10.44 |
| Total: | 182.30 |

### After Tax Deductions

| Description | Amount |
|---|---|
| Child Life | 0.35 |
| Emp Life | 0.70 |
| Sps Life | 1.40 |
| 401k Loan | 4.79 |
| Total: | 7.24 |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| BCBS PPO | 352.94 |
| Delta - MN | 41.81 |
| Hlth Adv | 0.55 |
| EE Assist | 0.64 |
| Basic Life | 3.74 |
| Basic Life* | 1.98 |
| LTD | 5.59 |
| * Taxable | |
| Total: | 407.15 |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---:|
| Direct Deposit | 549009 | Savings | 5992956010 | 105.00 |
| Direct Deposit | 549009 | Savings | 42805698 | 50.00 |
| Direct Deposit | 549009 | Savings | 55564584 | 10.00 |
| Direct Deposit | 549009 | Savings | 55564623 | 10.00 |
| Direct Deposit | 549009 | Checking | 365435791 | 1,240.16 |
| **Total:** | | | | **1,415.16** |

## View Paycheck

Robin Callahan

Company:
GMAC Mortgage LLC

Address:
100 Witmer Road
Horsham, PA 19044

Net Pay:  $1,551.21

Pay Begin Date:  06/18/2007
Pay End Date:  07/01/2007
Check Date:  06/29/2007

View a Different Payment

## General

| | | | |
|---|---|---|---|
| Name: | Robin Callahan | Business Unit: | NLADM |
| Employee ID: | 303742 | Pay Group: | 001 Salaried |
| Address: | 1937 Beech Lane<br>Bensalem, PA 19020 | Department: | SVC060 - Bankruptcy |
| | | Location: | Horsham PA (Keith Valley) |
| | | Pay Rate: | $51,895.48    Annual |

## Tax Data

| | | | |
|---|---|---|---|
| Fed Marital Status: | Married | PA Marital Status: | Not applicable |
| Fed Allowances: | 1 | PA Allowances: | 0 |
| Fed Addl Percent: | 0.000 | PA Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | PA Addl Amount: | $0.00 |

## Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,995.98 | 1,997.96 | 439.98 | 4.79 | 1,551.21 |

**Earnings**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | | | 1,995.98 |
| | | | |
| Total: | | | 1,995.98 |

**Taxes**

| Description | Amount |
|---|---|
| Fed Withholdng | 204.11 |
| Fed MED/EE | 28.97 |
| Fed OASDI/EE | 123.87 |
| PA Unempl EE | 1.79 |
| PA Withholdng | 61.28 |
| PA HORSHAM Withholdng | 19.96 |
| Total: | 439.98 |

**Before-Tax Deductions**

| Description | Amount |
|---|---|
| | |
| Total: | |

**After Tax Deductions**

| Description | Amount |
|---|---|
| 401k Loan | 4.79 |
| Total: | 4.79 |

**Employer Paid Benefits**

| Description | Amount |
|---|---|
| EE Assist | 0.64 |
| Basic Life | 3.74 |
| Basic Life* | 1.98 |
| LTD | 5.59 |
| * Taxable | |
| Total: | 11.95 |

| Net Pay Distribution | | | | |
|---|---|---|---|---:|
| **Payment Type** | **Paycheck Number** | **Account Type** | **Account Number** | **Amount** |
| Direct Deposit | 543431 | Savings | 5992956010 | 105.00 |
| Direct Deposit | 543431 | Savings | 42805698 | 50.00 |
| Direct Deposit | 543431 | Savings | 55564584 | 10.00 |
| Direct Deposit | 543431 | Savings | 55564623 | 10.00 |
| Direct Deposit | 543431 | Checking | 365435791 | 1,376.21 |
| **Total:** | | | | **1,551.21** |

## View Paycheck

Robin Callahan

**Net Pay:** $1,319.61

Company:
GMAC Mortgage LLC
100 Witmer Road
Horsham, PA 19044

**Pay Begin Date:** 06/04/2007
**Pay End Date:** 06/17/2007
**Check Date:** 06/15/2007

Address:

View a Different Payment

| General | | | |
|---|---|---|---|
| Name: | Robin Callahan | Business Unit: | NLADM |
| Employee ID: | 303742 | Pay Group: | 001 Salaried |
| Address: | 1937 Beech Lane Bensalem, PA 19020 | Department: | SVC060 - Bankruptcy |
| | | Location: | Horsham PA (Keith Valley) |

| Pay Rate: | $48,500.40 | Annual |
|---|---|---|

## Tax Data

| | | | |
|---|---|---|---|
| Fed Marital Status: | Married | PA Marital Status: | Not applicable |
| Fed Allowances: | 1 | PA Allowances: | 0 |
| Fed Addl Percent: | 0.000 | PA Addl Percent: | 0.000 |
| Fed Addl Amount: | $0.00 | PA Addl Amount: | $0.00 |

## Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,865.40 | 1,684.84 | 356.25 | 189.54 | 1,319.61 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | | | 1,865.40 |
| Total: | | | 1,865.40 |

### Taxes

| Description | Amount |
|---|---|
| Fed Withholdng | 157.18 |
| Fed MED/EE | 24.43 |
| Fed OASDI/EE | 104.46 |
| PA Unempl EE | 1.68 |
| PA Withholdng | 51.67 |
| PA HORSHAM Withholdng | 16.83 |
| Total: | 356.25 |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| BCBS PPO | 151.50 |
| Delta - MN | 17.92 |
| Spectera | 2.44 |
| FSA Hlth | 10.44 |
| Total: | 182.30 |

### After Tax Deductions

| Description | Amount |
|---|---|
| Child Life | 0.35 |
| Emp Life | 0.70 |
| Sps Life | 1.40 |
| 401k Loan | 4.79 |
| Total: | 7.24 |

### Employer Paid Benefits

| Description | |
|---|---|
| BCBS PPO | |
| Delta - MN | |
| Hlth Adv | |
| EE Assist | |
| Basic Life | |
| Basic Life* | |
| LTD | |
| * Taxable | |
| Total: | |