UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                :

                                                      :

ROBIN G CALLAHAN                                      :

                                                      :       Bankruptcy No. 0714605

                        Debtor(s)                    :       Chapter 13

* * * * * * * * * *

HEARING TO BE HELD:

Date:  **01/16/08**
Time:  **10:00 A.M.**
Place:  United States Bankruptcy Court
        Courtroom #4, 2nd Floor
        900 Market Street
        Philadelphia, PA 19107-4295

* * * * * * * * * *

**TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307**

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.    Your Movant is Frederick L. Reigle, the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.    The Debtor(s) has/have failed to commence or continue making timely payments to the Trustee as required by 11 U.S.C. Section 1326.

3.    The Plan does not appear to be feasible.

4.    The plan filed by debtor(s) does not appear feasible in that the total filed proofs of claim which are to be paid through the plan exceed the value of the proposed plan.

WHEREFORE, the Movant requests that the Court, after hearing, enter an Order dismissing this case.

Date:   December 4, 2007                                          Respectfully submitted,


                                                                 /S/ Frederick L. Reigle, Esq.

                                                                 FREDERICK L. REIGLE, Esq.,
                                                                 Standing Chapter 13 Trustee
                                                                 P.O. Box 4010
                                                                 Reading, Pennsylvania 19606
                                                                 Telephone:  (610) 779-1313